UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ERIC DE'JUAN JONES                                                                        PLAINTIFF

V.                                                            CAUSE NO. 3:13-cv-982-CWR-LRA

E.L. SPARKMAN, ET AL.                                                                  DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Docket No. 103. After examining the record evidence in this case, she recommended dismissing this matter for plaintiff Eric De'Juan Jones's failure to fully exhaust administrative remedies before filing suit. *Id.* Jones has objected to the Report and Recommendation. Docket No. 104.

Having reviewed the Report and Recommendation, as well as the arguments contained in Jones's objection, the Court concludes that the Report and Recommendation is well-reasoned and legally correct and therefore overruled the Plaintiff's objection. The Magistrate Judge's Report and Recommendation is adopted fully herein by reference. Accordingly, this matter is dismissed without prejudice for failure to state a claim, as plaintiff failed to exhaust administrative remedies. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 13th day of March, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE